THE STATE v. McLAUGHLIN, *Appellant.*

**Under** the present statute a defendant in a criminal case testifying in his own behalf, can be cross-examined only as to those matters referred to by him in this examination in chief.

*Appeal from Jackson Criminal Court.*—HON. H. P. WHITE, Judge.

REVERSED.

*G. A. C. Rochester* and *C. J. Bower* for appellant.

*D. H. McIntyre*, Attorney General, for the State.

PER CURIAM.—The judgment in this case is reversed and the cause remanded, for error committed in allowing the prosecuting attorney to cross-examine defendant as to matters and crimes not testified to by him in his testimony in chief. R. S. 1879, § 1918; *State v. McGraw*, 74 Mo. 573. Other alleged errors are not passed upon.